I respectfully dissent. It is undisputed that Mrs. Wright was last treated by Dr. Mills on October 6, 1987. I agree with the learned trial judge that between January and July 1989 Mrs. Wright discovered or reasonably could have discovered any cause of action she might have had against Dr. Mills. She did not file suit until February 28, 1990. Therefore, this claim is barred by the statute of limitations in the Alabama Medical Liability Act, Code of Ala. 1975, § 6-5-482. I would affirm the summary judgment. *Page 184 
[EDITORS' NOTE: The opinion of the Supreme Court of Alabama, in Humana Medical Corporation of Alabama v. Traffanstedt, published in the advance sheet at this citation, 590 So.2d 183-186, was withdawn from the bound volume because it was withdrawn and Superseded on Rehearing Ex Mero Motu.] *Page 186